

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2014

No. 04-13-00859-CV

Leonard K. **HOSKINS**,
Appellant

v.

Colonel Clifton **HOSKINS** and Hoskins Inc.,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-03136
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Appellant's motion for rehearing is pending before the court. The court hereby requests a response to the motion from the appellees. *See* TEX. R. APP. P. 49.2. Any response must be filed in this court no later than ten days from the date of this order.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court